UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-001294-NYW

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| TARGET CORPORATION, a Minnesota corporation; | : |
| | : |
| Defendant. | : |
| _____/ | |

## NOTICE OF SETTLEMENT

Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the Court that Defendant TARGET CORPORATION has reached a settlement with Plaintiff Fred Nekouee. Such parties expect to perfect the settlement agreement within the next 10-days.

Respectfully submitted,

s/Robert J. Vincze
Robert J. Vincze (CO #28399)
Law Offices of Robert J. Vincze
PO Box 792 Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

1

## CERTIFICATE OF SERVICE

      I certify that on September 9, 2020, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

                                          s/Robert J. Vincze
                                          Robert J. Vincze (CO #28399)