UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-001294-NYW

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| TARGET CORPORATION, a Minnesota corporation; | : |
| | : |
| Defendant. | : |
| _____/ | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Fred Nekouee, and Defendant TARGET CORPORATION, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this action against Defendant with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Except as otherwise agreed, Plaintiff and Defendant shall each bear their own costs and attorney's fees.

DATE:  September 21, 2020

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (CO # 28399)
Law Offices of Robert J. Vincze
PO Box 792, Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net
*Attorney for Plaintiff Fred Nekouee*

and

MONTGOMERY AMATUZZIO
CHASE BELL JONES, LLP


By: *s/Amanda c. Jokerst*
Amanda C. Jokerst
4100 E. Mississippi Ave., 16th Floor
Denver, Colorado 80246
Phone: 303-592-6600
Fax: 303-592-6666
Email: ajokerst@mac-legal.com

*Attorneys for Defendant Target*
*Corporation*


## CERTIFICATE OF SERVICE

I certify that on September 21, 2020, I electronically filed the foregoing Stipulation with the Clerk of the Court using the CM/ECF system.

s/Robert J. Vincze
Robert J. Vincze (CO #28399)